Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Robin D. Smith            ,       Case No.  14-20653

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   5   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on            3/13/2019            .

| Bank of America, N.A. | U.S. Bank Trust National Association, et. al. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| P.O. BOX 660933 | Select Portfolio |
| DALLAS, TX 75266 | PO Box 65250 |
| | Salt Lake City, UT 84165-0250 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 3/14/2019                                      Jeanne A. Naughton
                                                     **CLERK OF THE COURT**